# MISCELLANEOUS SUPREME COURT DISPOSITIONS

### ( P3d )

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### January 13, 2016

K. M. R. v. Garcia-Martinez (S063619)(358 Or 528). Alternative writ of mandamus dismissed.